# UNITEL STATES DISTRICT CC RT
## DISTRICT OF MINNESOTA

Karl Gregory Keever

v.

Deborah Dykema, Linda Monson,
Kip Monson and Shannon Morris

Case No. Civil 01-1855 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Defendant's motion to dismiss is GRANTED.

DATE: February 25, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk